# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING

FILED

10:57 am, 12/1/08

Joyce W. Harris
Clerk of Court

In re: ) Case No: 04-20177 PJM
Stone & Wolf, LLC )
)
Debtor(s) )

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Double Jack Testing in the amount of $4,628.04 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Complete Production Services, Inc., whose last four digits of the social security/tax identification number is 3959, now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $4,628.04, to

> Complete Production Services, Inc.
> C/o Dilks & Knopik, LLC
> PO Box 2728
> Issaquah, WA 98027-0125

Dated: December 1, 2008.

United States Bankruptcy Judge