FILED

10:06 am, 12/10/09

Tim J. Ellis
Clerk of Court

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

IN RE:                          )
                                )
    STONE & WOLF, LLC,          )      Case No. 04-20177 PJM
                                )
        Debtor.                 )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

**THIS MATTER** came before the Court upon Motion For Distribution of Unclaimed Funds, and Affidavit For Reimbursement of Unclaimed Funds, and the Court having reviewed the same and good cause appearing therefor;

**IT IS THEREFORE HEREBY ORDERED** that pursuant to 28 U.S.C. § 2042, the Clerk of the Bankruptcy Court, District of Wyoming, shall pay this unclaimed money in the amount of $6,392.56 to the order of Annalise Stovall through her attorney, Cameron S. Walker of Schwartz, Bon, Walker & Studer, LLC, at 141 South Center Street, Suite 500, Casper, WY 82601.

DATED this _10_ day of _December_, 2009.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE